United States District Court

Eastern District of Louisiana

Skelton

v.                                          CIVIL ACTION NO. 2:00-cv-00294 A

Powell


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 31, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 28  P 4: 01

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN SKELTON | * | DOCKET NO. 00-0294 |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| JOSEPH POWELL, AIRBORNE | * | MAGISTRATE: |
| FREIGHT CORPORATION, KEMPER | * | SECT. A MAG. 4 |
| INSURANCE COMPANIES, and | * | |
| AMERICAN MANUFACTURERS | * | |
| MUTUAL INSURANCE COMPANY | * | |
| | * | |

* * * * * * * * * * * * * * *

### NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, come Joseph Powell, Airborne Freight Corporation, Kemper Insurance Companies and American Manufacturers Mutual Insurance Company, sought to be made defendants herein, and who, for the purpose of this Notice of Removal of the above entitled cause, plead as follows:

I.

On December 23, 1999, an action was brought against Defendants in the Civil District Court for the Parish of Orleans, State of Louisiana, Docket No. 99-20659, alleging Defendants owe damages as the result of certain alleged personal injuries incurred in an automobile accident which occurred January 8, 1999.

II.

Joseph Powell, named Defendant herein, is presently, and was at the time of the filing of the suit in state court, a resident and domiciliary of Orleans Parish, State of Louisiana.

III.

Airborne Freight Corporation is a Delaware corporation, which is not authorized to do nor

doing business in the State of Louisiana, nor does Airborne Freight Corporation have a principal business establishment in the State of Louisiana.

IV.

Defendant, American Manufacturers Mutual Insurance Company, is the only party that has been served to date, which party was served with said petition, through its agent for service of process, the Honorable Walter "Fox" McKeithen, Secretary of State, State of Louisiana, P. O. Box 94125, Baton Rouge, Louisiana 70804, on January 7, 2000.

V.

On December 23, 1999, Plaintiff, Carolyn Skelton, a resident of the State of Florida, filed a Petition for Damages in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled "Carolyn Skelton v. Joseph Powell, Airborne Freight Corporation, Kemper Insurance Companies and American Mutual Insurance Company," under docket No. 99-20659, Division "G," alleging damages as a result of the personal injuries which form the basis of this suit.

VI.

Complete diversity of citizenship exists between all real parties in interest, and existed both at the time of filing of the suit in state court and presently at the time of removal.

VII.

In conformity with Louisiana Code of Civil Procedure Article 893(a), Plaintiff makes no specific monetary demand in her petition, but alleges that she has sustained physical injuries to her neck, shoulder, knee, elbow, hip and back, as well as loss of enjoyment of life, and that Plaintiff has incurred and will continue to incur medical expenses, all of which would exceed the jurisdictional amount required in federal court. Thus, and in view of the jurisprudence involving similar claims, plaintiff's claim allegedly involves an amount in controversy exceeding the sum of $75,000.00,

exclusive of interest and costs, although Joseph Powell and Airborne Freight Corporation dispute liability herein.

### VIII.

This civil action is a matter over which this Court has original jurisdiction by virtue of 28 USC 1332, and is one which may be removed to this Court by defendant under the provisions of 28 USC 1441, et seq., in that it is a civil action wherein plaintiff's claim involves an amount in controversy exceeding the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

### IX.

The period for filing a Notice of Removal for Plaintiff's suit from state court to federal court has not lapsed, and Defendants have not heretofore filed an answer to said suit.

### X.

Written notice of the filing of this Notice of Removal of said suit is being delivered to Plaintiff through his counsel in the form annexed hereto, and a copy of this Notice of Removal will be filed with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana.

### XI.

Accompanying this Notice of Removal and annexed hereto is a copy of the Plaintiff's original petition. The petition is the only pleading, to the knowledge of counsel, filed at this time.

### XII.

All parties named Defendant herein hereby concur and jointly file this Notice of Removal.

WHEREFORE, Defendants, Joseph Powell, Airborne Freight Corporation, Kemper Insurance Companies and American Manufacturers Mutual Insurance Company, pray that this Court recognize jurisdiction of the said suit and over this proceeding, and that said suit be removed to this Court for

further proceedings.

                Respectfully submitted,

                SHARP, HENRY, CERNIGLIA,
                COLVIN & WEAVER

                TIMOTHY W. CERNIGLIA (#3964)
                CHARLES E. WEAVER (#22675)
                2117 World Trade Center
                #2 Canal Street
                New Orleans, LA 70130
                (504) 586-1555
                Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record, via United States Mail, properly addressed with adequate postage paid, this 28th day of January, 2000.