```
                    FILED
              U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

              2000 JUL 24  PM 1: 21

                LORETTA G. WHYTE
                      CLERK
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

NO: 00-294                SECTION "A"                MAGISTRATE "04"

### CAROLYN SKELTON

### VERSUS

### JOSEPH POWELL, ET AL

*************************************************************************

### AGREED MOTION TO EXTEND DEADLINE FOR
### COMPLETION OF DEPOSITIONS AND DISCOVERY

**NOW INTO COURT,** through undersigned counsel, comes plaintiff Carolyn Skelton, and de 2fendants Joseph Powell, Airborne Freight Corporation, Kemper Insurance Companies and The American Manufactures Mutual Insurance Company, who move this Honorable Court for an order confirming an extension from August 9, 2000, the deadline that depositions and discovery must be completed prior to the Final Pretrial Conference Date, through August 31, 2000. Deposition dates for treating physicians in Florida have been secured for the last week in August (August 28-30, 2000). Further, defendant Powell's deposition is being set for August 28, 2000. This motion is filed before the current applicable deadlines.

DATE OF ENTRY
JUL 2 7 2000

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc.No. 15

Respectfully submitted,

BARKER, BOUDREAUX, LAMY & FOLEY

_____
BRYAN K. JEFFERSON, 23143
210 Baronne Street, Suite 1122
New Orleans, Louisiana 70112
(504) 586-9395
COUNSEL FOR CAROLYN SKELTON

_____
TIMOTHY W. CERNIGLIA, 3964
CHARLES WEAVER, 22675
2117 World Trade Center
#2 Canal Street
New Orleans, Louisiana 70130
(504) 586-1555
COUNSEL FOR JOSEPH POWELL
AIRBORNE FREIGHT CORPORATION
KEMPER INSURANCE COMPANIES
AMERICAN MANUFACTURES MUTUAL INS. CO.

CERTIFICATE
I CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING PLEADING HAS BEEN SERVED ON ALL COUNSEL OF RECORD BY DEPOSITING SAME IN THE UNITED STATES MAIL, POSTAGE PREPAID, ADDRESSED TO THEM AT THEIR RESPECTIVE OFFICES THIS ____ DAY OF _____, 20 ____

## **ORDER**

Considering the above and foregoing:

**IT IS ORDERED** that the deadline that depositions and discovery must be completed prior to the Final Pretrial Conference Date is extended through August 31, 2000.

New Orleans, Louisiana, this ____ day of _____July_____, 2000.

_____
JUDGE