cv

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -7 PM 2:03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN SKELTON | * | DOCKET NO. 00-0294 |
| | * | |
| VERSUS | * | SECTION: "A" |
| | * | |
| JOSEPH POWELL, AIRBORNE FREIGHT CORPORATION, KEMPER INSURANCE COMPANIES, and AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY | * | MAGISTRATE: 4 |

* * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiff, Carolyn Skelton, and Defendants, Joseph Powell, Airborne Freight Corporation, Kemper Insurance Companies and American Manufacturers Mutual Insurance Company, who hereby show that they have reached an amicable resolution of the claims asserted herein, and do hereby move This Honorable Court to dismiss Plaintiff's claims against Defendants that in any way relate to the claims asserted by Plaintiff herein. Movants request Plaintiff's claims be dismissed with prejudice, each party to bear its own costs.

DATE OF ENTRY
NOV 0 9 2000


Fee_____
Process_____
X Dktd_____
___CtRmDep_____
Doc.No._____

Respectfully submitted,

**Barker, Boudreaux, Lamy & Foley**

**Sharp, Henry, Corniglia, Colvin & Weaver**

_____
Bryan K. Jefferson (#23143)
210 Baronne Street
Suite 1122
New Orleans, Louisiana 70112
(504) 586-9395
Attorneys for Plaintiff

_____
Timothy W. Cerniglia (#3364)
Charles E. Weaver (#22675)
2117 World Trade Center
#2 Canal Street
New Orleans, LA 70130
(504) 586-1555
Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROLYN SKELTON | * | DOCKET NO. 00-0294 |
| | * | |
| VERSUS | * | SECTION: "A" |
| | * | |
| JOSEPH POWELL, AIRBORNE FREIGHT CORPORATION, KEMPER INSURANCE COMPANIES, and AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY | * | MAGISTRATE: 4 |

* * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS:

IT IS HEREBY ORDERED, that the above captioned matter, including any and all claims of Plaintiff, Carolyn Skelton, against Joseph Powell, Airborne Freight Corporation, Kemper Insurance Companies and American Manufacturers Mutual Insurance Company, be and are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 8 day of November, 2000.

_____
UNITED STATES DISTRICT JUDGE